**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-60527

CYNTHIA NEWELL, individually and for and on behalf of
the wrongful death beneficiaries of Richard D. Newell, III and
Ryan Charles Newell, deceased; RICHARD D. NEWELL, JR.,
Administrator of the estates of Richard D. Newell, III and
Ryan Charles Newell,

Plaintiffs-Appellants,

VERSUS

FORD MOTOR COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
(3:94-CV-448)

February 8, 1999

Before GARWOOD, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record in this case and considering the briefs of the parties and oral argument of counsel we are not persuaded that the district court committed reversible error. The judgment of the district court is therefore

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.